# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>ALSOP, DONALD D | 2. Court or Organization<br><br>U.S. DISTRICT COURT, MINN. | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>316 NORTH ROBERT St., Room 754<br>ST. PAUL, MN 55101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 14 A 10: 09
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | HONORARY MEMBERSHIP | MINNEAPOLIS CLUB OF MINNEAPOLIS | $ 4,200.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bell South - Common Stock | B | Dividend | L | T | | | | | |
| 2. Qwest - Common Stock | | None | J | T | | | | | |
| 3. Verizon - Common Stock | B | Dividend | K | T | | | | | |
| 4. AMERICAN TEL&TEL- Common Stock | B | Dividend | L | T | | | | | |
| 5. Dreyfus Fund - Mutual Fund | C | Div | K | T | | | | | |
| 6. Citizens Bank Corp - Common Stock | C | Dividend | M | W | | | | | |
| 7. Dreyfus Premier New Leaders Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 8. New Ulm Telecom - Common Stock | C | Div | J | T | | | | | |
| 9. Seligman Growth - Mutual Fund | | None | K | T | | | | | |
| 10. Invesco Dynamics - Mutual Fund | | None | K | T | | | | | |
| 11. Cottonwood Land - Common Stock | | None | J | W | | | | | |
| 12. North Oaks Golf Club - Stock | | None | | | Sold | 5/19 | J | A | |
| 13. Capital Trust Federal Credit Union Account | A | Dividend | K | T | | | | | |
| 14. Federated Mid-Cap Growth Strategies Fund-Class A-Mutual Fund | | None | J | T | | | | | |
| 15. Tamarack Invt FDS Prime - Money Market | B | Interest | K | T | | | | | |
| 16. GS Capital Growth - Mutual Fund | A | Dividend | L | T | | | | | |
| 17. Nuveen Inv Quality MN - Mutual Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Xcel Energy - Common Stock | A | Dividend | J | T | | | | | |
| 19. Vodafone Airtouch - Common Stock | B | Dividend | J | T | | | | | |
| 20. Westbrook Village Golf Club | | None | J | W | | | | | |
| 21. Dreyfus Balanced Fund - Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Lucent Technologies - Common Stock | | None | J | T | | | | | |
| 23. Target Corp. - Common Stock | A | Dividend | K | T | | | | | |
| 24. Nuveen Large Cap Value-Stock A | A | Dividend | J | T | | | | | |
| 25. Nuveen Insured Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 26. ADC Telecommunications - Common Stock | | None | J | T | | | | | |
| 27. Kopp Emerging Growth - Mutual Fund | | None | J | T | | | | | |
| 28. Putnam FD, Growth & Income - Mutual Fund | A | Dividend | K | T | | | | | |
| 29. TCF Financial - Common Stock | A | Dividend | J | T | | | | | |
| 30. Minnesota State GO - Bond | A | Interest | J | T | | | | | |
| 31. Guidant Corp. Common Stock | A | Dividend | | | Sold | 1/26 | J | C | |
| 32. St. Paul, MN ISD #625 - Bond | A | Interest | J | T | | | | | |
| 33. Avaya, Inc. - Common Stock | | None | J | T | | | | | |
| 34. Comcast - Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mass Mutual Insurance - Whole Life Policy | C | Dividend | M | T | | | | | |
| 36. National Service Life - Permanent Life Ins. | A | Dividend | K | T | | | | | |
| 37. 3M - Common Stock | A | Dividend | K | T | | | | | |
| 38. McGregor MN ISD - Bond | A | Interest | J | T | | | | | |
| 39. US Bancorp Stock | A | Dividend | J | T | | | | | |
| 40. M & I Bank (CD) | | None | | | Redeemed | 8/31 | K | A | |
| 41. U.S. Bank (CD) | A | Dividend | J | T | | | | | |
| 42. Lehamnn Bros Bank (CD) | A | Interest | | | Redeemed | 07/27 | K | A | |
| 43. Washington Mutual Bank (CD) | | None | K | T | Bought | 08/01 | K | | |
| 44. Merrick Bank Corp. (CD) | A | Interest | J | T | Bought | 01/23 | J | | |
| 45. US Bank (CD) | | None | K | T | Bought | 12/21 | K | | |
| 46. US Bank Money Market | B | Interest | K | T | Opened | 2/21 | K | | |
| 47. M & I Bank Money Market | B | Interest | K | T | Opened | 8/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALSOP, DONALD D | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII. Line 4 - SBC Common Stock has been deleted. SBC merged with AT&T in Nov. 2005.

| Name of Person Reporting | Date of Report |
| --- | --- |
| ALSOP, DONALD D | 05/07/2007 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat_____ Date___ May 7, 2007

NOTE: A_____S TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRI

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544